ACCEPTED
03-15-00356-CV
5814416
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/24/2015 5:38:59 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-15-00356-CV**

**ROBERTO VAZQUEZ,**

**Appellant**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/24/2015 5:38:59 PM
JEFFREY D. KYLE
Clerk

**V.**

**MARIA ANGELICA VAZQUEZ**

**Appellee**

_____

APPELLEE'S AMENDED NOTICE OF LEAD COUNSEL

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Maria Angelica Vazquez, Appellee files this Notice of Lead Counsel and shows that the undersigned is designated as her Lead Counsel.

Respectfully submitted by:
W. Calloway Huffaker, Attorney at Law, PLLC

By: /s/ Deborah S. McClure
Deborah S. McClure
Texas Bar No. 18562635
P.O. Box 15125
Amarillo, TX 79105
Tel: (806) 463-5595 | Fax: (806) 998-5328
Email:  deborahm@huffaker-law.com
W. Calloway Huffaker
Texas Bar No. 10187800
P.O. Box 968-1540 Avenue J
Tahoka, TX 79373
Tel: (806) 998-4863 | Fax: (806) 998-5328
Email:  arlener@huffaker-law.com

# CERTIFICATE OF SERVICE

I certify that on June 24, 2015, I electronically filed this Notice of Lead Counsel with the Clerk of the Court using the electronic filing program which will send notification of such filing to the following:

/s Deborah S. McClure
Deborah S. McClure

Ms. Katrina D. Packard
Katrina Dannhaus Packard, P.C.
P.O. Box 119
720 North US Hwy 77
Schulenburg, TX 79856

Mary K. Gunn
Giese & Gunn, L.L.C.
107 W. Crockett St., Suite A
La Grange, TX 78945